HARTFORD NATIONAL BANK AND TRUST COMPANY, EXECUTOR *v.* W. KENNETH WILLARD ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Alex Lloyd,* for the appellee (plaintiff).

*John B. Willard,* for the appellants (defendants).

Argued October 5—decided October 6, 1976

STEPHEN J. PAPA ET AL. *v.* NEW HAVEN FEDERATION OF TEACHERS, LOCAL 933, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Roger J. Frechette,* corporation counsel, for the appellees (plaintiffs).

*Karl Fleischmann,* for the appellants (defendants).

Argued October 5—decided October 6, 1976

AUGUST P. MAYKUT *v.* GARY SLATTERY ET AL. (No. 8216)

The plaintiff's motion to dismiss the defendants' cross-appeal filed April 27, 1976, from the Superior Court in Fairfield County is granted.

*Helen F. Krause,* for the appellant (plaintiff).

No appearance for the appellees (defendants).

Argued October 5—decided October 6, 1976